IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY MENTHU EL,

    Plaintiff,

v.                       Case No. 1:16cv367-MW/GRJ

MARK MOSELEY, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on January 17, 2017.**

                                        s/Mark E. Walker           ____
                                        **United States District Judge**